```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARIA DIMEGLIO,                                             :
                                                            :
                            Plaintiff,                      :
                                                            :          23-CV-5161 (VSB)
                 -against-                                  :
                                                            :               ORDER
ANITA INTERNATIONAL CORP.,                                  :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on June 19, 2023, (Doc. 1, the "Complaint"), and filed an affidavit of service on June 29, 2023, (Doc. 5). On July 6, 2023, Defendant filed a motion for an extension of time to file their answer or otherwise respond to the Complaint. (Doc. 6.) On July 7, 2023, I granted this motion. (Doc. 7.) Following the extension, the deadline for Defendant to respond to Plaintiff's complaint was August 18, 2023. (*See id*.) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 5, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  August 21, 2023
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge